10 SUF REALTY, INC., Landlord, Appellant, *v.* IRVING FINS et al., Doing Business as FINS BROTHERS, Tenants, Respondents.

Supreme Court, Appellate Term, First Department, May 28, 1952.

*Margaret Slocum* and *Louis C. Fieland* for appellant.

*Milton Gelman* for respondents.

Final order affirmed, with $25 costs.

Concur: HOFSTADTER, EDER and SCHREIBER, JJ.